ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                    Plaintiff,

       -against-

Christopher R. Richardson

                    Defendant.

Case No.: 97 MJ 01727 (MRG)

**ORDER OF DISMISSAL**

---

    Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:    20   day of November, 2020
Poughkeepsie, New York